## Downs *et al.* Appellants, *v.* Ladd *et al.*

Where, in an action of debt upon a bill single, verdict was rendered for a certain sum
as *damages*, instead of debt and damages, held that the error was merely clerical,
and did not affect the validity of the verdict.

In error from the circuit court of the county of Itawamba.

J. Thompson for plaintiffs in error.

Mitchell, contra.

Mr. Justice Trotter delivered the opinion of the court.

The defendants in error brought an action of debt in the court
below upon a bill single given by the plaintiffs to them for the
sum of $696 12, and payable on the 25th day of December,
1837. The declaration contains but one count, and is in the
usual form. The plea of payment was filed, and issue taken
upon it. At June term, 1838, there was a verdict for the defen-
dants in error for the sum of seven hundred and twenty-two dol-
lars and twelve cents, in *damages ;* upon which the court ren-
dered judgment in favor of the plaintiffs below for the sum
returned in the verdict.

There are several errors assigned, but we do not deem it neces-
sary to notice any but the one which objects to the form of the
verdict and judgment, the others being only modifications of the
same assignment. It is said that the action of debt does not
sound in damages, and therefore the jury should have found the
debt and damages for its detention. This would have been more
formal, and have better conformed to the nature of the action in
this case. The error is, however, merely clerical, and can do no
prejudice to the defendant. The verdict finds the debt and in-
terest, and no more; and the judgment compels the defendants to
pay no more in the shape in which it is entered than if it had
been artificially set down in the usual mode. The gross sum is
the same in both forms; and the defendants are as little injured
by paying it under the denomination of *damages,* as under the
more technical and precise terms of *debt* and *damages.* The case

Downs *et al.* Appellants, *v.* Ladd *et al.*

of Churchill *v.* Rogers, Hardin's Rep. 183, is in all respects like the case at bar. The action in that case was debt, the pleas of payment and set-off were filed and issue joined. The jury found a verdict for the plaintiff in *damages*, and upon error to the Court of Appeals the finding was held not to vitiate the judgment. The case of Gano *v.* Slaughter, Hardin's Rep. 76, is also a direct authority to support the verdict and judgment in this case. The Court say that when the judgment is entered for damages, when it should have been debt, it ought to be considered a clerical mistake, which is not material, since the pleadings show that it must have been the intention of the Court to give the judgment in proper form. It is then a mistake in form, which, as it does not injure the defendants, shall not be the means of turning the plaintiff round to a new action.

The judgment must be affirmed.